IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANDREW WHITLOW, #165638, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-cv-605-TMH |
| | ) | [wo] |
| MONTGOMERY COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On August 17, 2012, the Magistrate Judge filed a Recommendation dismissing this case with prejudice prior to service of process pursuant to the directives of 28 U.S.C.§ 1915(e)(2)(B)(ii). (Doc. No. 5). No timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915 (e)(2)(B)(ii).

DONE this 13th day of September, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
UNITED STATES DISTRICT JUDGE